# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-05-00832-CR

**Alex Garcia, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE COUNTY COURT OF SAN SABA COUNTY
### NO. 6,856, HONORABLE BYRON THEODOSIS, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Alex Garcia was placed on probation following a conviction for driving while his license was suspended. He perfected this appeal after his probation was revoked and a ten-day jail sentence was imposed.

Garcia, who has never claimed to be indigent, failed to request or pay for a reporter's record and did not make the necessary arrangements for filing a brief. *See* Tex. R. App. P. 37.3(c), 38.8(b)(4). We have examined the clerk's record and find no matter that should be considered in the interest of justice.

The order revoking probation is affirmed.

_____

Bob Pemberton, Justice

Before Chief Justice Law, Pemberton and Waldrop

Affirmed

Filed:   December 1, 2006

Do Not Publish